### Kamran TAVAKOLI–NOURI, Plaintiff–Appellant,

### v.

### Nazanin MEHDIZADEH, a/k/a Nina Farhadi, a/k/a Sakineh N. Tavakoli Nori; Nosrat Ghorbankhani, a/k/a Nancy Tavakoli; Hamid Mehdizadeh, Defendants–Appellees.

### No. 02–1812.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Kamran Tavakoli–Nouri, Appellant Pro Se. William Mark Gruel, William Mark Gruel, Alexandria, Virginia, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kamran Tavakoli–Nouri appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tavakoli–Nouri v. Mehdizadeh,* No. CA–02–78–2 (E.D. Va. filed July 19, 2002 & entered July 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*